**FILED**

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 17-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 17-0612

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

NEVADA B. ST. MARKS,

    Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020